```
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                         CENTRAL DISTRICT OF CALIFORNIA
10
11   WILLIAM ENRIQUEZ,              )    NO. CV 13-428-VAP(E)
                                    )
12                  Petitioner,     )
                                    )    ORDER ACCEPTING FINDINGS,
13        v.                        )
                                    )    CONCLUSIONS AND RECOMMENDATIONS
14   RON BARNES, W. (A),             )
                                    )    OF UNITED STATES MAGISTRATE JUDGE
15                                  )
                    Respondent.     )
16   _____)
17
18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19   Petition, all of the records herein and the attached Report and
20   Recommendation of United States Magistrate Judge.  The Court accepts
21   and adopts the Magistrate Judge's Report and Recommendation.
22
23        IT IS ORDERED that Judgment be entered denying and dismissing
24   the Petition without prejudice.
25   ///
26   ///
27   ///
28   ///
```

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 23, 2013.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE