UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM ENRIQUEZ, | ) | NO. CV 13-428-VAP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RON BARNES, W. (A), | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 23, 2013

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE